Juan ANT. Garcia Villa
Reg. B.O.P. NO 56886-066
Federal Correctional Institution
1900 Simler Avenue
Big Spring Texas 79720

January 5-2009

Hon. J. CURTIS JOYNER
Chamber of the Judge
Eastern District of
Pennsylvania, Room 4001
United States Courthouse
610 Market Street
Philadelphia, PA 19106

FILED
JUL - 9 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE: United States V. Juan ANT. Garcia Villa
Docket Number - 03-745-01

Dear Judge Joyner:

The Following Memorandum, is submit by the defendant, Pro se, Juan Antonio Garcia

FEB 10 2009

Villa, with the purpose of respectfully request of the court a order to that my case manager o counsel in this Facility, permit me, a copy of my investigation Presentence Report (PSR), with the Finality of prepare and submit before this Honorable court a Motion pursuant 18 U.S.C. § 3582 (C)(2); in light of the new adjustment of March 3-2008, in the matter relative to crack Cocaine (cocaine base); Also pursuant U.S.S.G § 1B1.10, U.S.S.G § 3D1.1 (C); and the Factors enumerated in 18 U.S.C. § 3553 (a) after of Booker, Kimbrough, Gall and other recent decisions.

I expect that you Honor, granted me this Petition, because my counsel and case manager in this Facility not assisting me in this matter, For the which, are requested of your Honor to obtain a order of this honorable court.

thank you in advance for your attention and collaboration in this crucial matter.

Respectfully submitted
Juan A Garcia Villa
Defendant - Petitioner