IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

VS. :

JUAN ANTONIO GARCIA-VILLA : NO. 03-CR-745-01

ORDER

AND NOW, this 21st day of February, 2012, upon remand from the Court of Appeals for the Third Circuit for the sole purpose to determine whether a certificate of appealability should or should not be issued, it is hereby ORDERED that there is no probable cause to issue a certificate of appealability.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.

---

1. Upon consideration of the record before this Court, Defendant Garcia-Villa has failed to make a substantial showing of the denial of any constitutional right. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Miller-El v. Cockrell, 537 U.S. 322, 327 (2003).