```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA
                              :      CRIMINAL ACTION

     vs.                      :      NO. 03-745-1

JUAN ANTONIO GARCIA-VILLA     :
```

# **O R D E R**

AND NOW, this 23RD day of FEBRUARY, 2012, pursuant to certain rulings in this case the following motions are dismissed as MOOT.

Document #127 Pro-Se motion for IFP
Document #128 Pro-Se motion to order Transcripts


AND IT IS SO ORDERED


                              S/SHARON CARTER_____
                              Sharon Carter, Deputy
                              Chief Judge J. Curits Joyner