IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 03-745-1 |
| JUAN ANTONIO GARCIA-VILLA | | |

O R D E R

AND NOW, this 23RD day of FEBRUARY, 2012, it appearing to this Court that an appeal was filed on behalf of the Defendant on JANUARY 31, 2012 (Appeal #12-1321),

IT IS ORDERED that defendants motion for leave to proceed IFP is referred to the 3rd Circuit Court of Appeals for a final disposition.

AND IT IS SO ORDERED.

S/J. CURTIS JOYNER
J. CURTIS JOYNER,            C.J.